# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KIM HAMILTON COOPER and TIMOTHY MCCLAUSAND,

    Plaintiffs,

v.

MAKABE & MAKABE, LLC,

    Defendant.

Case No.: 8:23-cv-01157-SDM-MRM

## FIRST AMENDED COMPLAINT

Plaintiffs, KIM HAMILTON COOPER and TIMOTHY MCCLAUSAND, his spouse, sue the Defendant, MAKABE & MAKABE, LLC, and allege:

## GENERAL ALLEGATIONS

1. This is an action for damages in excess of $75,000.00, exclusive of interest and attorney's fees.

2. Venue is proper in the Middle District of Florida, Tampa Division, as the events giving rise to Plaintiffs' claims occurred in Pinellas County, Florida.

3. Plaintiffs, KIM HAMILTON COOPER and TIMOTHY MCCLAUSAND, at all times material hereto, resided in Pinellas County, Florida.

4. At all times material hereto, Defendant, MAKABE & MAKABE, LLC, was a foreign limited liability company licensed to do business in Florida.

5. Defendant, MAKABE & MAKABE, LLC, owned and operated a property located at 2500 66th Street North, St. Petersburg, Florida 33710.

6. The property was utilized primarily as a mixed commercial development with retail shops and restaurants.

7. On or about August 29, 2022, Plaintiff, KIM HAMILTON COOPER, was a patron of a business at the above location and traversed the common areas and walkways of the property.

8. Unbeknownst to Plaintiff, KIM HAMILTON COOPER, while he was traversing the common areas and walkways of the property, there were uneven pavers along these walkways creating a hazard to pedestrians.

9. Plaintiff, KIM HAMILTON COOPER, tripped over these uneven pavers, causing him to fall violently to the ground.

10. Plaintiff, KIM HAMILTON COOPER, tried to brace himself for the fall, but was unable to avoid injury.

11. These uneven pavers were a dangerous condition to the patrons of Defendant, MAKABE & MAKABE, LLC's, property.

12. This negligent condition was known to Defendant, MAKABE & MAKABE, LLC, or had existed for a sufficient length of time so that Defendant, MAKABE & MAKABE, LLC, should have known of it.

13. Defendant, MAKABE & MAKABE, LLC, allowed this dangerous condition to persist, creating an unreasonable risk of injury to their patrons.

14. As a result, Plaintiff, KIM HAMILTON COOPER, was injured, and will continue to suffer injury and damages in the future due to Defendant, MAKABE & MAKABE, LLC's, negligence.

15. Plaintiffs, KIM HAMILTON COOPER and TIMOTHY MCCLAUSAND, are lawfully wed.

16. As a result of Plaintiff, KIM HAMILTON COOPER's, injuries, Plaintiff, TIMOTHY MCCLAUSAND, has suffered a loss of his services, comfort, society, and attentions in the past and in the future.

## **COUNT I — NEGLIGENCE**

17. The allegations in Paragraphs 1 through 16 are re-alleged and incorporated herein.

18. Plaintiff, KIM HAMILTON COOPER, was a business invitee while on the premises of Defendant, MAKABE & MAKABE, LLC.

19. Defendant, MAKABE & MAKABE, LLC, owed Plaintiff, KIM HAMILTON COOPER, a duty to exercise ordinary care in maintaining the premises.

20. Defendant, MAKABE & MAKABE, LLC, breached its duty by allowing the dangerous condition of these uneven pavers to persist at its property.

21. As a direct and proximate result of Defendant's negligence, Plaintiff, KIM HAMILTON COOPER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of medical care and treatment, out-of-pocket expenses, and/or aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff, KIM HAMILTON COOPER, will continue to suffer these losses in the future.

WHEREFORE, KIM HAMILTON COOPER, demands judgment against Defendant, MAKABE & MAKABE, LLC, for damages, prejudgment interest, post-judgment interest, plus costs, and demands a trial by jury of all issues so triable.

## COUNT II – SPOUSAL CONSORTIUM

22. The allegations in Paragraphs 1 through 21 are re-alleged and incorporated herein.

23. At all times, TIMOTHY MCCLAUSAND, was and is the lawful spouse of KIM HAMILTON COOPER.

24. As a result of his husband's injuries caused by the negligence of Defendant, MAKABE & MAKABE, LLC, TIMOTHY MCCLAUSAND, has sustained a loss of his services, comfort, society, and attentions in the past and in the future.

WHEREFORE, TIMOTHY MCCLAUSAND, demands judgment against MAKABE & MAKABE, LLC for damages, prejudgment interest, post-judgment interest, plus costs, and demands a trial by jury of all issues so triable.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury of all issues so triable.

## CERTIFICATE OF CONSENT TO AMEND

I HEREBY CERTIFY that on October 15, 2023, I received written consent from counsel for Defendant, MAKABE & MAKABE, LLC, to file this Amended Complaint, pursuant to FRCP 15(a)(2).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 16, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to all counsel of record.

Respectfully submitted,

*s/ Lee Delton Gunn V*
Lee D. Gunn, IV, Esq.
Florida Bar No.: 367192
lgunn@gunnlawgroup.com
labramson@gunnlawgroup.com
Ryan L. Hedstrom, Esq.
Florida Bar No.: 124724
rhedstrom@gunnlawgroup.com
mpowell@gunnlawgroup.com
L. Delton Gunn V, Esq.
Florida Bar No.: 1038889
dgunn@gunnlawgroup.com
mpowell@gunnlawgroup.com
**GUNN LAW GROUP, P.A.**
401 E. Jackson St., Ste. 3600
Tampa, FL 33602
(813) 228-7070 TELEPHONE
(813) 228-9400 FACSIMILE
***Counsel for Plaintiffs***