UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KIM HAMILTON COOPER and
TIMOTHY MCCLAUSAND,

    Plaintiffs,

v.

MAKABE & MAKABE, LLC and
CBRE GROUP, INC.

    Defendants.

Case No.: 8:23-cv-01157-NHA

## SECOND AMENDED COMPLAINT

Plaintiffs, KIM HAMILTON COOPER and TIMOTHY MCCLAUSAND, his spouse, sue the Defendants, MAKABE & MAKABE, LLC, and CBRE GROUP, INC. (collectively "Defendants") and allege:

## GENERAL ALLEGATIONS

1. This is an action for damages in excess of $75,000.00, exclusive of interest and attorney's fees.

2. Venue is proper in the Middle District of Florida, Tampa Division, as the events giving rise to Plaintiffs' claims occurred in Pinellas County, Florida.

3. Plaintiffs, KIM HAMILTON COOPER and TIMOTHY MCCLAUSAND, at all times material hereto, resided in Pinellas County, Florida.

4. At all times material hereto, Defendant, MAKABE & MAKABE, LLC, was a foreign limited liability company licensed to do business in Florida.

1

5. At all times material hereto, Defendant, CBRE GROUP, INC., was a foreign corporation organized under the laws of Delaware with its principal place of business at 2100 McKinney Avenue, Suite 1250, Dallas, Texas 75201.

6. Defendant, MAKABE & MAKABE, LLC, owned and operated a property located at 2500 66th Street North, St. Petersburg, Florida 33710.

7. Defendant, MAKABE & MAKABE, LLC, contracted with Defendant, CBRE GROUP, INC., to provide property management services, including maintenance of the common areas, at 2500 66th Street North, St. Petersburg, Florida 33710.

8. The property was utilized primarily as a mixed commercial development with retail shops and restaurants.

9. On or about August 29, 2022, Plaintiff, KIM HAMILTON COOPER, was a patron of a business at the above location and traversed the common areas and walkways of the property.

10. Unbeknownst to Plaintiff, KIM HAMILTON COOPER, while he was traversing the common areas and walkways of the property, there were uneven pavers along these walkways creating a hazard to pedestrians.

11. Plaintiff, KIM HAMILTON COOPER, tripped over these uneven pavers, causing him to fall violently to the ground.

12. Plaintiff, KIM HAMILTON COOPER, tried to brace himself for the fall, but was unable to avoid injury.

13. These uneven pavers were a dangerous condition to the patrons of Defendant, MAKABE & MAKABE, LLC's, property.

14. This negligent condition was known to Defendants or had existed for a sufficient length of time so that Defendants should have known of it.

15. Defendants allowed this dangerous condition to persist, creating an unreasonable risk of injury to the patrons of the property.

16. As a result, Plaintiff, KIM HAMILTON COOPER, was injured, and will continue to suffer injury and damages in the future due to Defendants' negligence.

17. Plaintiffs, KIM HAMILTON COOPER and TIMOTHY MCCLAUSAND, are lawfully wed.

18. As a result of Plaintiff, KIM HAMILTON COOPER's, injuries, Plaintiff, TIMOTHY MCCLAUSAND, has suffered a loss of his services, comfort, society, and attentions in the past and in the future.

**COUNT I – NEGLIGENCE – MAKABE & MAKABE, LLC**

19. The allegations in Paragraphs 1 through 18 are re-alleged and incorporated herein.

20. Plaintiff, KIM HAMILTON COOPER, was a business invitee while on the premises of Defendant, MAKABE & MAKABE, LLC.

21. Defendant, MAKABE & MAKABE, LLC, owed Plaintiff, KIM HAMILTON COOPER, a duty to exercise ordinary care in maintaining the premises and to warn of latent or concealed dangers.

22. Defendant, MAKABE & MAKABE, LLC, breached its duty by allowing the dangerous condition of these uneven pavers to persist at its property.

23. As a direct and proximate result of Defendant, MAKABE & MAKABE, LLC's negligence, Plaintiff, KIM HAMILTON COOPER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of medical care and treatment, out-of-pocket expenses, and/or aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff, KIM HAMILTON COOPER, will continue to suffer these losses in the future.

WHEREFORE, KIM HAMILTON COOPER, demands judgment against Defendant, MAKABE & MAKABE, LLC, for damages, prejudgment interest, post-judgment interest, plus costs, and demands a trial by jury of all issues so triable.

## **COUNT II – SPOUSAL CONSORTIUM – MAKABE & MAKABE, LLC**

24. The allegations in Paragraphs 1 through 23 are re-alleged and incorporated herein.

25. At all times, TIMOTHY MCCLAUSAND, was and is the lawful spouse of KIM HAMILTON COOPER.

26. As a result of his husband's injuries caused by the negligence of Defendant, MAKABE & MAKABE, LLC, TIMOTHY MCCLAUSAND, has sustained a loss of his services, comfort, society, and attentions in the past and in the future.

WHEREFORE, TIMOTHY MCCLAUSAND, demands judgment against Defendant, MAKABE & MAKABE, LLC, for damages, prejudgment interest, post-judgment interest, plus costs, and demands a trial by jury of all issues so triable.

**COUNT III – NEGLIGENCE – CBRE GROUP, INC.**

27. The allegations in Paragraphs 1 through 18 are re-alleged and incorporated herein.

28. Plaintiff, KIM HAMILTON COOPER, was a business invitee while on the premises maintained by Defendant, CBRE GROUP, INC.

29. Defendant, CBRE GROUP, INC., owed Plaintiff, KIM HAMILTON COOPER, a duty to exercise ordinary care in maintaining the premises and to warn of latent or concealed dangers.

30. Defendant, CBRE GROUP, INC., breached its duty by allowing the dangerous condition of these uneven pavers to persist at the property.

31. As a direct and proximate result of Defendant, CBRE GROUP, INC.'s negligence, Plaintiff, KIM HAMILTON COOPER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of medical care and treatment, out-of-pocket expenses, and/or aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff, KIM HAMILTON COOPER, will continue to suffer these losses in the future.

WHEREFORE, KIM HAMILTON COOPER, demands judgment against Defendant, CBRE GROUP, INC., for damages, prejudgment interest, post-judgment interest, plus costs, and demands a trial by jury of all issues so triable.

## COUNT IV – SPOUSAL CONSORTIUM – CBRE GROUP, INC.

1. The allegations in Paragraphs 1 through 18 and 27 through 31 are re-alleged and incorporated herein.

2. At all times, TIMOTHY MCCLAUSAND, was and is the lawful spouse of KIM HAMILTON COOPER.

3. As a result of his husband's injuries caused by the negligence of Defendant, CBRE GROUP, INC., TIMOTHY MCCLAUSAND, has sustained a loss of his services, comfort, society, and attentions in the past and in the future.

WHEREFORE, TIMOTHY MCCLAUSAND, demands judgment against Defendant, CBRE GROUP, INC., for damages, prejudgment interest, post-judgment interest, plus costs, and demands a trial by jury of all issues so triable.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury of all issues so triable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January ___, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to all counsel of record.

Respectfully submitted,

*/s/ Lee Delton Gunn V*
Lee D. Gunn, IV, Esq.
Florida Bar No.: 367192
lgunn@gunnlawgroup.com
labramson@gunnlawgroup.com
Ryan L. Hedstrom, Esq.
Florida Bar No.: 124724
rhedstrom@gunnlawgroup.com
mpowell@gunnlawgroup.com
L. Delton Gunn V, Esq.
Florida Bar No.: 1038889
dgunn@gunnlawgroup.com
mpowell@gunnlawgroup.com
**GUNN LAW GROUP, P.A.**
401 E. Jackson St., Ste. 3600
Tampa, FL 33602
(813) 228-7070 TELEPHONE
(813) 228-9400 FACSIMILE
***Counsel for Plaintiffs***